**RECEIVED**
**JUN 17 2022**
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lachica Ousley

Plaintiff(s),

vs.

Kristen Marie Glockner
Sun Country Airlines

Case No. 22-cv-1600 WMW/DTS
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Lachica Ousley
      Name

      Street Address 6115 Snelling Ave N

      County, City St. Paul MN

      State & Zip Code 55104

      Telephone Number

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name

   Street Address   Kristen Marie Glockner

   County, City   Faribault

   State & Zip Code   MN  55021

   b. Defendant No. 2   Patricia Colleen Bird

   Name

   Street Address   633 Main Street NW Apt 204

   County, City   Elk River

   State & Zip Code   MN, 55330

   c. Defendant No. 3

   Name   Sun Country Airlines

   Street Address   Airport

   County, City   Minneapolis / St. Paul Airport

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *It Took place on Federal ground*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: *Lachieu Ousley*        State of Citizenship: *St, Paul MN*

   Defendant No. 1: *Kristien Marie Glockner*  State of Citizenship: *Faribault Fox Lake (trl)*

   Defendant No. 2: *Patricia Colleen Bird*    State of Citizenship: *Elk River MN*

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota
   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Each Defendant Violated the Flight Attendance and the other one Attack me once I wake up out of my sleep was Yelling Because I was in servery pain run my feet over with a cart respond walk Back to me. and stood over me and told me She Didnt run my foot over She Yelled out loud infront of my child and all passenger we was the only color People on there lay arrive to minnnesota Because they Both are watch kristlen ane ask her Did She cant She Her which is Kristhe my 9yr old Seat She Didnt run leaving I didnt run Your feet over I kick You stromoff

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. I'm seeking Pain and Suffer I was transport from thy Airport to the hosiptal and was told my Ankle is Sprin I was sent home with a Brace on my left ankle and left leg I have all my Video recording medical records Physical therpy Police report which the police lie on they Behalf when that why the Ambulace was right infront of the airport Police State my injury and once they saw new injury and my Blood Pressure was High they covence ask me to come white go to the hosipta

4

Signed this **06** day of **17, 2022**

Signature of Plaintiff _Jushion Pusley_

Mailing Address  611 Snelling AVE N
St. Paul MN 55104

Telephone Number (612) 360-9996


Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5